**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Wilmer GODOY, Defendant-Appellant.**

No. 15-14112

Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(May 1, 2017)

Sean Paul Cronin, Maureen Donlan, Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Wilmer Godoy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of Godoy's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Godoy's convictions and sentences are **AFFIRMED**.